SEYFARTH SHAW LLP
Kurt A. Kappes (State Bar No.: 146384)
Min Ho Lee (State Bar No.: 229008)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendants
HDR ENGINEERING, INC. and
JACK ALLEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMILLE REMY, <br><br> Plaintiff, <br><br> v. <br><br> HDR ENGINEERING, INC., JACK ALLEN; and DOES 1 through 50, inclusive <br><br> Defendants. | Case No. 2:05-CV-00322-LKK-PAN <br><br> **STIPULATION FOR ENTRY OF DISMISSAL WITH PREJUDICE AND ORDER THEREON** <br><br> **(FED. R.CIV. P. 41(A)(1))** |

The parties to this action have reached a resolution of the dispute and hereby stipulate that the action under this case number should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear their own attorneys fees and costs, and with no party determined to be a prevailing party for any purpose.

DATED: September ____, 2005          SEYFARTH SHAW LLP


                                     By /signature on original
                                     Kurt A. Kappes
                                     Attorneys for Defendants
                                     HDR ENGINEERING, INC. and JACK ALLEN

*[Signatures continued next page . . . ]*

1

1  DATED: September ____, 2005                    BEYER, PONGRATZ & ROSEN

2

3                                                 By  /signature on original
                                                  Etan Rosen
4                                                 Attorneys for Plaintiff CAMILLE REMY

5
    IT IS SO ORDERED.
6
    DATED:  September 12, 2005.
7

8
                                                  /s/Lawrence K. Karlton
9                                                 Lawrence K. Karlton
                                                  Senior Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATION FOR ENTRY OF DISMISSAL WITH PREJUDICE AND ORDER THEREON

SC1 17064959.1